Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
YVONNE HALL

**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA,**
**WESTERN DIVISION**

| | |
|---|---|
| YVONNE HALL, | **Case No.:** 5:12-cv-02236-TJH-SP |
| Plaintiffs, | |
| v. | **VOLUNTARY DISMISSAL** |
| GC SERVICES, L.P, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, YVONNE HALL, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: March 27, 2013                                        KROHN & MOSS, LTD.


                                                                    By:/s/ Ryan Lee, Esq.
                                                                    Ryan Lee, Esq.
                                                                    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee, Esq.

Ryan Lee, Esq